DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

D.D.R.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2517

_____

March 27, 2026

Appeal from the Circuit Court for Pasco County; James R. Stearns, Judge.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

D.D.R. appeals an order revoking her probation for the offenses of aggravated assault and battery, adjudicating her delinquent, and sentencing her to placement in a moderate-risk facility. The delinquency court entered the order revoking D.D.R.'s probation following a consolidated hearing applicable in five other cases in which D.D.R. was charged with delinquent acts. We reverse the revocation order on the basis of this court's recent opinion in the related case of *D.D.R. v. State*, 51 Fla. L. Weekly D226 (Fla. 2d DCA Feb. 6, 2026).

Reversed and remanded.

VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.